STEPHENSON, JONATHAN & HOLLY ANN                                        10-11355

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**    105
60-249 / 433

| Case | Debtor |
|---|---|
| 10-11355 B | STEPHENSON, JONATHAN DAVID |
| 92004299916666 | STEPHENSON, HOLLY ANN |
| COMBINED SMALL CHECK | |

TID #380020
DAVID V. ADLER
P.O. BOX 55129
METAIRIE LA 70055

Date  01/20/2011      $ ***********5.15

~~~Five Dollars and 15/100

Pay to the Order of   U.S. Bankruptcy Court

*David V. Adler*

DAVID V. ADLER, Trustee

⑈00000105⑈ ⑆043024931⑆ 92004299916666⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 228116   -  KW
* * C O P Y * *
January 21, 2011
15:27:32

UNC.UNDER$25
10-11355
Debtor.: JONATHAN DAVID STEPHENSON
Trustee: David Adler
Amount.:              $5.15 CH
Check#.: 105

Total -> $5.15

FROM: ADLER

1/21/11
Deposited to 106000
Various Claimants

cVogel

**David V. Adler,**
Trustee In Bankruptcy
P.O. Box 55129
Metairie, LA 70055
504-834-5465
832-5130 (fax)

January 20, 2011

R. Marla Hamilton
Clerk of Court
U. S. Bankruptcy Court
500 Poydras St., Rm. B-601
New Orleans, LA 70130

Re: Jonathan Stephenson
　　Holly Ann Stephenson
　　Case No. 10-11355 B

Dear Ms. Hamilton,

　　Enclosed, pursuant to Federal Rules of Bankruptcy Procedure 3010(a), please find check (#105) which represents dividend(s) issued to the following creditors.

| Claim No. | Claimant Name(s) | Amount |
|---|---|---|
| 1 | Dr. John Floyd/Women's Ob/Gyn Health | $ 2.63 |
| 4 | Fort Sill National Bank | .82 |
| 5 | Bellsouth Telecommunications | 1.70 |

　　　　　　　　　　　　　　Sincerely Yours,

　　　　　　　　　　　　　　*David V. Adler*

　　　　　　　　　　　　　　David V. Adler, Trustee

cc: Office of U.S.T., w/o enclosure(s)